AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-3496

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>General Revenue Corporation</u> was received by me on *(date)* <u>11/5/20.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jan Richardson, Process Specialist</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>General Revenue Corporation</u> on *(date)* <u>Fri, Nov 06 2020 at 12:05pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$89.00</u>.

I declare under penalty of perjury that this information is true.

Date: 11/16/20

*Server's signature*

Bruce Smith 050234515

*Printed name and title*

400 Galleria Pkwy Suite 1500, Atlanta, GA 30339

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 6, 2020, 12:05 pm EST at 289 S Culver St, Lawrenceville, GA 30046 Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'8"; Hair: Gray;
I served Jan Richardson, Process Specialist for CT Corp., Registered Agent.