## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Kandice Green,

      Plaintiff,

  vs.

General Revenue Corporation,

      Defendant.

Case No.:  1:20-cv-03496-LMM-JSA

## MOTION TO WITHDRAW

NOW COMES Matthew J. Landreau, counsel for Plaintiff, and hereby moves this Court for an order allowing him to withdraw as counsel of record for Plaintiff in this matter.

Undersigned counsel relies upon the accompanying brief in support of his motion.

**WHEREFORE**, Plaintiff's counsel, Matthew J. Landreau, respectfully requests this Court enter an order granting his withdrawal as counsel of record for Plaintiff.

## Certification of Counsel

Matthew J. Landreau has resigned from Credit Repair Lawyers of America. Plaintiff was notified of this resignation and of the undersigned's intent to seek this

relief.  Credit Repair Lawyers of America has retained new counsel to represent

Plaintiff, who has filed a Notice of Appearance herein.

DATED: December 2, 2020.

> Respectfully submitted,
> By: /s/ Matthew Landreau
> Matthew J. Landreau
> Landreau Firm, LLC
> 5113 Sumter Ct.
> Midland, GA 31820
> 706-341-8714(Phone)
> Matt.landreau@gmail.com

## Proof of Service

I, Matthew J. Landreau, hereby state that on December 2, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: December 2, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| Kandice Green, | Case No.:  1:20-cv-03496-LMM-JSA |
| Plaintiff, | |
| vs. | |
| General Revenue Corporation, | |
| Defendant. | |

## BRIEF IN SUPPORT OF
## MOTION TO WITHDRAW

On October 30, 2020, Matthew J. Landreau resigned from Credit Repair Lawyers of America.  In compliance with Bar Association guidelines, Mr. Landreau notified Plaintiff of his resignation, advising Plaintiff had the option to remain with Credit Repair Lawyers of America or move the case with Mr. Landreau.  Plaintiff chose to remain with Credit Repair Lawyers of America.

Additionally, Credit Repair Lawyers of America retained new Georgia counsel, Daniel Brennan, who has filed a Notice of Appearance herein.

Mr. Landreau does not have access to the case file, other than Pacer, and does not have access to the Plaintiff.  Mr. Landreau has no authority to advise, consult or, in any manner, act on behalf of the Plaintiff.

MRPC 1.16 provides that a court may allow an attorney to withdraw from a case if "withdrawal can be accomplished without material adverse effect on the

interests of the client" and if "good cause for withdrawal exists." MRPC 1.16(b)(6). In this case, Plaintiff, after being advised of Mr. Landreau's resignation from Credit Repair Lawyers of America has chosen to remain represented by Credit Repair Lawyers of America. Additionally, new counsel for Plaintiff has filed a Notice of Appearance herein, and Plaintiff's rights will be protected by said counsel. Further, as Mr. Landreau will have no access to Plaintiff nor possess any authority to advise, consult, or, in any manner, act on behalf of Plaintiff, good cause for the withdrawal exists in this matter. Therefore, undersigned counsel moves this Court for an order allowing him to withdraw as counsel of record for Plaintiff.

Pursuant to Local Rule 83.1(E)(2), more than fourteen (14) days has elapsed since Mr. Landreau notified Plaintiff of his resignation.

**WHEREFORE**, Plaintiff's counsel, Matthew J. Landreau, respectfully requests that this Court enter an order granting the requested withdrawal as counsel of record for Plaintiff.

Dated: December 2, 2020.

Respectfully submitted,

/s/ Matthew J. Landreau
Matthew J. Landreau 301329
Landreau Firm, LLC
5113 Sumter Ct.
Midland, GA 31820
(706) 341-8714
Email – matt.landreau@gmail.com

**Proof of Service**

I, Matthew J. Landreau, hereby state that on December 2, 2020 I served a copy of the within pleading upon all counsel and parties as their addresses appear of record via email through the court's CM/ECF system.

/s/ Matthew J. Landreau