IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KANDICE GREEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:20-CV-3496-LMM-JSA |
| GENERAL REVENUE COPRORATION, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

Plaintiff Kandice Green filed the above-captioned action on August 24, 2020. On November 23, 2020, Plaintiff filed proof of service indicating that Defendant was served on November 6, 2020, making the deadline for Defendant to file a response to the Complaint November 27, 2020. *See* Proof of Service [6]; Fed. R. Civ. P. 12(a)(1)(A). As of this date, however, that deadline has passed and Defendant has not filed an answer or other response, nor has Plaintiff requested an entry of default against Defendant under Rule 55(a) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiff is **ORDERED** to file an appropriate motion to dispose of this action, or otherwise to **SHOW CAUSE** in writing why this action should not be dismissed for want of prosecution, within **twenty-one (21) days** after the date of this Order. *See* LR 41.3A(2), NDGa. If Plaintiff's claims against Defendant have been settled, Plaintiff may file a notice of dismissal under Rule 41(a)(1)(A)(i), or

Plaintiff may file a notice of settlement informing the Court when the parties anticipate that a notice of dismissal will be filed.

**IT IS SO ORDERED** this 2nd day of December, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE