**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KANDICE GREEN, )<br>)<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>GENERAL REVENUE )<br>CORPORATION, )<br>)<br>    Defendant. ) | **CIVIL ACTION NO.:**<br>**1:20-CV-3496-LMM-JSA** |

## NOTICE OF APPEARANCE OF NATHAN J. ALLEN

Nathan J. Allen of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. respectfully enters his appearance in this action as counsel of record for Defendant General Revenue Corporation.

Respectfully submitted this 8th day of December, 2020.

> s/Nathan J. Allen
> Nathan J. Allen
> Georgia Bar No. 141304
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> One Ninety One Peachtree Tower
> 191 Peachtree St. NE, Suite 4800
> Atlanta, GA 30303
> Telephone:  404-881-1300
> Facsimile:   404-870-1732
> Nathan.Allen@ogletree.com
> Counsel for Defendant
> *General Revenue Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KANDICE GREEN, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>GENERAL REVENUE )<br>CORPORATION, )<br>)<br>Defendant. ) | **CIVIL ACTION NO.:<br>1:20-CV-3496-LMM-JSA** |

## CERTIFICATE OF SERVICE

I certify that on December 8, 2020, I filed the foregoing **Notice of Appearance of Nathan J. Allen** with the Clerk of Court using the CM/ECF system, which will send notice to the following counsel of record:

Matthew J. Landreau
5113 Sumter Ct
Midland, GA 31820
706-341-8714
matt.landreau@gmail.com

Daniel Michael Brennan
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
248-353-2882
daniel@crlam.com

s/ Nathan J. Allen
Nathan J. Allen