# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Kandice Green,<br><br>    Plaintiff,<br><br>vs.<br><br>General Revenue Corporation,<br>a foreign profit corporation,<br><br>    Defendant. | Case No.: 1:20-cv-03496-LMM-JSA |

### PARTIES' JOINT RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE

NOW COME the Plaintiff, KANDICE GREEN, and Defendant, GENERAL REVENUE CORPORATION, by and through their respective undersigned counsel, and respond to this Court's Order to Show Cause as follows:

On August 24, 2020, Plaintiff filed the above-captioned action. (Doc #1.) On November 23, 2020 Plaintiff filed a proof of service indicating Defendant was allegedly served on November 6, 2020, making the deadline for Defendant to file a response to the Complaint November 27, 2020 (Doc #6). On December 2, 2020, this Court ordered Plaintiff to file an appropriate motion to dispose of the action, or otherwise show cause by December 23, 2020 why this case should not be dismissed for failure to prosecute. (Doc #9).

On December 8, 2020, Defendant's counsel filed a Notice of Appearance as well as Defendant's Notice of Lack of Service and Intent to Defend if Plaintiff Proceeds (Doc. # 11). Therein, Defendant explained that it was not served and never received notice of any alleged service of process, as verified by CT Corporation, otherwise it would have appeared and defended, as Defendant had communicated to Plaintiff it would do should Plaintiff choose to proceed (with no response from Plaintiff). (*Id.*) On December 17, 2020, Plaintiff advised the Defendant of its intent to proceed with this lawsuit.

Although Defendant disputes that service was ever made, Defendant has agreed to waive its objection and accept service through counsel given Plaintiff's stated intention to proceed. The Parties have agreed to jointly request that the Court set a deadline of January 29, 2021 for Defendant to respond to the Plaintiff's Complaint.

Plaintiff and Defendant have further been in settlement negotiations to attempt an early resolution of this dispute. The Parties are hopeful they will reach a resolution soon, and if they do, will promptly file a notice of settlement. Therefore, the parties request this Court: (1) find Plaintiff satisfied the Order to Show Cause; and (2) set a deadline for Defendant to respond to the Complaint of January 29, 2021, should the Parties not amicably resolve the dispute before that date.

Respectfully submitted,

Dated: December 23, 2020

| | |
|---|---|
| /s/ Daniel M. Brennan | /s/ Nathan J. Allen |
| Daniel M. Brennan | Nathan J. Allen  (P70335) |
| Georgia Bar No. 271142 | Georgia Bar No. 141304 |
| CREDIT REPAIR LAWYERS OF AMERICA | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 22142 West Nine Mile Road | One Ninety One Peachtree Tower |
| Southfield, MI 48033 | 191 Peachtree St. NE, Suite 4800 |
| (248) 353-2882 | Atlanta, GA 30303 |
| Fax (248) 353-4840 | Telephone: 404-881-1300 |
| Email – daniel@crlam.com | Facsimile: 404-870-1732 |
| Attorneys for Plaintiff | Email - Nathan.Allen@ogletree.com |
| | Counsel for Defendant General Revenue Corporation |

## PROOF OF SERVICE

I, Daniel M. Brennan, hereby state that on December 23, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

*/s/ Daniel M. Brennan*

LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing document filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

By: */s/ Daniel M. Brennan*
Daniel M. Brennan
Georgia Bar No. 271142