IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KANDICE GREEN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:20-CV-3496-LMM-JSA |
| GENERAL REVENUE COPRORATION, | : |
| Defendant. | : |

## **O R D E R**

The above-captioned action is before the Court on its previous Order [9] dated December 2, 2020, and the parties' Joint Response to this Court's Order to Show Cause [13] ("Joint Response"). In the Order, the undersigned noted that, on November 23, 2020, Plaintiff filed proof of service indicating that Defendant was served on November 6, 2020, making the deadline for Defendant to file a response to the Complaint November 27, 2020. *See* Proof of Service [6]; Fed. R. Civ. P. 12(a)(1)(A). The Court also noted that Defendant had not responded to the Complaint by that date, and Plaintiff was ordered to file an appropriate motion to dispose of this action or to show cause why this action should not be dismissed for want of prosecution within 21 days of the date of the Order. *See* Order [9] at 1.

On December 23, 2020, the parties filed a Joint Response to this Court's Order to Show Cause [13] stating that Defendant disputes that Plaintiff timely served it

with the summons and Complaint, and that Defendant has agreed to accept service through counsel. *See* Jt. Resp. [13] at 2; Def. Notice [11]. The parties further request that the Court set a deadline of January 29, 2021, for the Defendant to file an answer or other response to the Complaint. *See* Jt. Resp. [13] at 2.

Accordingly, the Court finds that Plaintiff has shown proper cause in accordance with the Order [9]. The Court further considers the parties' Joint Response to this Court's Order to Show Cause [13] as a Motion to Extend the Time to File an Answer, which is **GRANTED**. Defendant's deadline to respond to the Complaint is extended until **January 29, 2021**.

**IT IS SO ORDERED** this 28th day of December, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE