IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KANDICE GREEN,                :
                                                                              :
     Plaintiff,                     :
                                                                             :
v.                                                 :   CIVIL ACTION NO.
                                                 :   1:20-CV-3496-LMM-JSA
GENERAL REVENUE COPRORATION,  :
                                                                              :
     Defendant.                :

**O R D E R**

The above-captioned action is before the Court on the Motion to Withdraw [8] filed by attorney Matthew J. Landreau, who requests permission from the Court to withdraw as Plaintiff's counsel of record. Mr. Landreau seeks to withdraw from this case because he has resigned from his law firm, Credit Repair Lawyers of America. Mr. Landreau states that he has notified Plaintiff of his resignation and that Plaintiff will continue to be represented by Daniel Michael Brennan.

Pursuant to Local Rule 83.1E, an attorney wishing to withdraw as counsel of record in a civil case must give the client fourteen days' prior notice before filing a motion to withdraw and must attach a copy of that notice to the motion to withdraw. *See* LR 83.1E(2), NDGa. In lieu of filing a motion to withdraw, an attorney may instead choose to file a Certificate of Consent that has been signed by the client, the withdrawing attorney, and the substituting attorney, if one has been chosen. *See id*.

In this case, Mr. Landreau failed to comply with Local Rule 83.1E. Although he states that he provided the required notice to Plaintiff, he failed to attach a copy of the notice sent to Plaintiff, nor did he file a Certificate of Consent signed by Plaintiff. Nevertheless, no party has filed a response or objection to the Motion to Withdraw [8], indicating that the motion is unopposed. *See* LR 7.1(B), NDGa.

Accordingly, the Motion to Withdraw [8] is **GRANTED** as unopposed. The Clerk is **DIRECTED** to update the docket to reflect that Matthew J. Landreau has withdrawn as counsel of record for Plaintiff in this action. Daniel Michael Brennan will remain as Plaintiff's counsel of record.

**IT IS SO ORDERED** this 31st day of December, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE