**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KANDICE GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | **CIVIL ACTION NO.:** |
| ) | **1:20-CV-3496-LMM-JSA** |
| GENERAL REVENUE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

NOW COME the Plaintiff, KANDICE GREEN, and Defendant, GENERAL REVENUE CORPORATION, who together move this Court under Fed. R. Civ. P. 6(b)(1)(A) for a 21-day extension of the current deadline for the Defendant to file a response to Plaintiff's Complaint. Counsel for both parties have agreed to this request.

In its Order dated December 28, 2020 (Doc. # 14), the Court set January 29, 2021 as the Defendant's deadline to respond to the Complaint. Since that time, the parties have engaged in productive settlement discussions and are hoping they can finalize a settlement in the time period of the requested extension. Plaintiff's counsel has also advised Defendant's counsel that there is difficulty in communication with

Plaintiff and that due to the breakdown in communication, Plaintiff may be constrained to move to withdraw from representing the Plaintiff. Regardless, the parties continue to discuss settlement and jointly request Defendant's deadline to file a response to the Complaint be extended by 21 days, until February 19, 2021. The extension is not requested for the purpose of any delay; instead, the parties agree that the extension is sought with the goal of reaching an amicable resolution of the case. No party will be prejudiced by granting the relief sought herein.

Respectfully submitted,

Dated: January 28, 2021.

| | |
|---|---|
| /s/ Daniel M. Brennan (per email consent) <br> Daniel M. Brennan <br> Georgia Bar No. 271142 <br> CREDIT REPAIR LAWYERS OF AMERICA <br> 22142 West Nine Mile Road <br> Southfield, MI 48033 <br> Telephone: (248) 353-2882 <br> Facsimile: (248) 353-4840 <br> Email – daniel@crlam.com <br> *Attorney for Plaintiff* | /s/ Nathan J. Allen <br> Nathan J. Allen <br> Georgia Bar No. 141304 <br> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. <br> One Ninety One Peachtree Tower <br> 191 Peachtree St. NE, Suite 4800 <br> Atlanta, GA 30303 <br> Telephone: (404) 881-1300 <br> Facsimile: (404) 870-1732 <br> Email - Nathan.Allen@ogletree.com <br> *Counsel for Defendant* <br> *General Revenue Corporation* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KANDICE GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | **CIVIL ACTION NO.:** |
| ) | **1:20-CV-3496-LMM-JSA** |
| GENERAL REVENUE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

*/s/ Nathan J. Allen*
Nathan J. Allen

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KANDICE GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | **CIVIL ACTION NO.:** |
| ) | **1:20-CV-3496-LMM-JSA** |
| GENERAL REVENUE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2021, I filed the foregoing **Joint Motion for Extension of Time** with the Clerk of Court using the CM/ECF system, which will send notice of the following counsel of record:

> Daniel Michel Brennan
> Credit Repair Lawyers of America
> 22142 West Nine Mile Road
> Southfield, MI 48033
> 248-353-2882
> daniel@crlam.com

*/s/ Nathan J. Allen*
Nathan J. Allen